**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

EUGENE KELLY,

       Plaintiff,

  v.

CORNERSTONE ASSOCIATIONS
MANAGEMENT, INC.

       Defendant.

Case No. 2:17-cv-298-FtM-99MRM

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.01(a), the FLSA Scheduling Order (Doc. #13), and *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11 Cir. 1982), the parties notify the Court that Plaintiff's FLSA claim has been settled in full, without compromise, separately from attorney's fees and costs. Contemporaneously with the filing of this Notice of Settlement, the parties have filed a Joint Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**August 8, 2017**

| | |
|---|---|
| */s/ Jason L. Gunter* | */s/ Christina Harris Schwinn* |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| **GUNTERFIRM** | **PAVESE LAW FIRM** |
| Jason L. Gunter, Esq. | Christina Harris Schwinn, Esq. |
| Florida Bar No.: 0134694 | Florida Bar No. 0898732 |
| jason@gunterfirm.com | christinaschwinn@paveselaw.com |
| Conor P. Foley, Esq. | 1833 Hendry Street |
| Florida Bar No.: 111977 | Fort Myers, FL 33901 |
| conor@Gunterfirm.com | Telephone: (239) 334-2195 |
| 1514 Broadway, Ste. 101 | Facsimile: (239) 332-2243 |
| Ft. Myers, FL 33901 | |
| Telephone: (239) 334-7017 | |
| Facsimile: (239) 236-8008 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on **August 8, 2017**, I caused a copy of the foregoing NOTICE OF SETTLEMENT to be served upon the following in the manner indicated:

**By the Court's ECF System:**

>Christina Harris Schwinn, Esq.
>**PAVESE LAW FIRM**
>Florida Bar No. 0898732
>christinaschwinn@paveselaw.com
>1833 Hendry Street
>Fort Myers, FL 33901
>Telephone: (239) 334-2195
>Facsimile: (239) 332-2243

Dated:  **August 8, 2017**                           */s/ Jason L. Gunter*
                                                                        Jason L. Gunter
                                                                        **GUNTERFIRM**
                                                                        1514 Broadway, Suite 101
                                                                        Ft. Myers, Florida 33901
                                                                        Telephone: (239) 334-7017
                                                                        Facsimile:  (239) 236-8008
                                                                        Jason@gunterfirm.com

                                                                        *Attorney for Plaintiff*